```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF RHODE ISLAND
```

_____
                                         )
In the Matter of:                        )
                                         )
CHARLES S. WEISS and WENDY WEISS,        )
as Owners of a 2003 60' Ian              )
Franklin S/Y "SERENGETI", for            )    C.A. No. 16-529 S
Exoneration from or Limitation           )
of Liability,                            )
                                         )
         Petitioners.                    )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation (R&R) on October 18, 2016 (ECF No. 6), recommending that, pursuant to 46 U.S.C. § 30511(c) and Fed. R. Civ. P. Supplemental Rule F, the Court grant Petitioners' requests for an order restraining suits, an approval of Petitioners' proposed deposit of security with the Court, and a directive to issue a notice regarding the filing of claims (ECF Nos. 1, 1-1.)  Having heard no objections and having carefully reviewed Petitioners' verified complaint and the R&R, the Court accepts the R&R.  The Court adopts all of the recommendations set forth therein, and ORDERS as follows:

1. Pursuant to Fed. R. Civ. P. Supplemental Rule F(1), Petitioners may deposit $1,500 plus six percent per annum into

the registry of the Court.  This amount reflects the $500 value of Petitioners' interest in the vessel after the fire, plus costs.

2. Pursuant to Fed. R. Civ. P. Supplemental Rule F(3), any and all lawsuits, causes of action, and claims against Petitioners and their property arising out of the fire involving their vessel on or about September 14, 2015, except in this civil action, shall cease and be enjoined.

3. Pursuant to Fed. R. Civ. P Supplemental Rule F(4), notice shall issue to all persons asserting claims with respect to this incident admonishing them that they will be defaulted unless they file their respective claims within sixty days from the date of this Order.  Such claims shall be timely filed with the Clerk of the United States District Court for the District of Rhode Island, with a copy of such claims served on Petitioners' attorneys, James E. Mercante and Joseph R. Federici, Rubin Fiorella & Friedman LLP, 630 Third Avenue, New York, New York, 10017.

4. Pursuant to Fed. R. Civ. P. Supplemental Rule F(4), the notice shall be published in the Newport Daily News once a week for four successive weeks within sixty days from the date of this Order.  Petitioners shall mail a copy of the notice by the day of the second publication to every person known to have made any claims against the vessel or any petitioners arising out of

the fire on or about September 14, 2015.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  December 20, 2016